

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>ROBERT EARL YATES JR.<br><br>  Defendant. | CASE NO. 1:22-CR-00094-DAD-BAM<br><br>**UNSEALING ORDER** |

Good cause due to the defendant's pending Arraignment on the Indictment in the Eastern District of California, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

DATED: August 11, 2022

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE