HEATHER E. WILLIAMS, CA Bar 122664
Federal Defender
JAYA C. GUPTA, CA Bar 312138
Assistant Federal Defender
2300 Tulare St, Ste. 330
Fresno, CA  93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROBERT EARL YATES JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:22-cr-00094-ADA-BAM |
| *Plaintiff,* | |
| v. | MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL |
| ROBERT EARL YATES JR., | |
| *Defendant.* | |

Jaya C. Gupta, Assistant Federal Defender, and counsel of record in the above-captioned case, hereby moves for an order allowing her to withdraw as counsel of record and for appointment of new counsel to represent defendant ROBERT EARL YATES JR. As grounds, she states:

1. The Federal Defender's Office was appointed to represent Robert Earl Yates Jr. on August 11, 2022, at his initial appearance on an indictment.  Dkt. #6.

2. At the time of appointment, the undersigned was an Assistant Federal Defender with the Federal Defender's Office in Fresno.

3. The undersigned has taken a position with the Federal Defender's Office in the Central District of California to be closer to her family and anticipates making the transition in late November 2022.

4.  As Mr. Yates Jr. is still in need to counsel to represent him, our office has contacted CJA panel attorney Mai Shawwa, who is available and willing to accept the appointment.

5.  Accordingly, the undersigned requests that she be permitted to withdraw from the case, and that new counsel, Mai Shawwa, be appointed.


                                                    Respectfully submitted,

DATED: November 14, 2021                _/s/ Jaya C. Gupta_____
                                                    JAYA C. GUPTA
                                                    Assistant Federal Defender
                                                    Attorneys for ROBERT EARL YATES JR.


## **O R D E R**

    IT IS SO ORDERED that the Office of the Federal Defender may withdraw from its representation of ROBERT EARL YATES JR., and that CJA panel counsel Mai Shawwa shall be appointed.

IT IS SO ORDERED.

    Dated:   **November 14, 2022**              ____/s/ *Barbara A. McAuliffe*_____
                                                    UNITED STATES MAGISTRATE JUDGE

Yates Jr.: Motion to Withdraw