PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00094-ABA-BAM |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE, SET CHANGE OF PLEA HEARING, AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ROBERT EARL YATES JR.., | |
| Defendant. | |

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

   1.   By previous order, this matter was set for status on March 22, 2023.

   2.   By this stipulation, the parties now move to vacate the status conference and set this case for a change of plea hearing on March 6, 2022.  No time exclusion is required  since time is already excluded through March 22, 2023.

   IT IS SO STIPULATED.

STIPULATION REGARDING SETTING CHANGE OF PLEA DATE

1

Dated: January 24, 2023          PHILLIP A. TALBERT
                                 United States Attorney


                                 /s/ ANTONIO J. PATACA
                                 ANTONIO J. PATACA
                                 Assistant United States Attorney


Dated: January 24, 2023          /s/ MAI S. SHAWA
                                 MAI S. SHAWA
                                 Counsel for Defendant
                                 ROBERT EARL YATES JR..

## **ORDER**

IT IS SO ORDERED that the status conference set for March 22, 2023, is vacated. A change of plea hearing is set for **March 6, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Time was previously excluded through March 22, 2023.


IT IS SO ORDERED.

Dated:   **January 24, 2023**                /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING SETTING CHANGE OF PLEA DATE

2